FILED
2012 Jun-21  PM 01:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case Nos.  2:11-CR-299-AKK-HGD |
| | )          2:12-CR-052-AKK-JEO |
| | ) |
| ULUGBEK KODIROV | ) |

## GOVERNMENT'S NOTICE OF OBJECTIONS
## TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW the United States of America, by and through its counsel,

Joyce White Vance, United States Attorney for the Northern District of Alabama,

and Michael W. Whisonant, Assistant United States Attorney, and advises the

Court that it does not have any objections to the Presentence Investigation Report

disclosed on June 7, 2012, in the above styled case.

Respectfully submitted this the 21st day of June, 2012.

Respectfully submitted,

JOYCE WHITE VANCE
United States Attorney

*/s/ Electronic Signature*
MICHAEL W. WHISONANT
Assistant United States Attorney

1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the defendant by emailing a copy of same, this the 21st day of June, 2012, to his attorney of record: Lance Bell at lanceb@lukerlawpc.com.

*/s/ Electronic Signature*
MICHAEL W. WHISONANT
Assistant United States Attorney