FILED

2012 Jun-21  PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.:  2:11-CR-299-AKK-HGD** |
| | ) | **2:12-CR-052-AKK-JEO** |
| **ULUGBEK KODIROV,** | ) | |
| | ) | |
| **DEFENDANT,** | ) | |

**DEFENDANT'S OBJECTION'S TO THE**
**PRE-SENTENCE INVESTIGATION REPORT**

COMES NOW the Defendant, Ulugbek Kodirov, by and through his undersigned

attorney, and advises this Honorable Court that he does not have any objections to the Pre-

Sentence Investigation Report.

Respectfully submitted,

*/s/ R. LANCE BELL*
**ASB-1948-t80b**
ATTORNEY FOR THE DEFENDANT
1916 First Avenue North
Pell City, AL 35125
(205) 338-7273
(205) 338-6094 - fax
**Lance@TFRBlaw.com**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of June, 2012, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Michael W. Whisonant
AUSA Ryan Buchanan

/s/ R. LANCE BELL
ATTORNEY FOR THE DEFENDANT